IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 20-12043-HH

EARNEST M. WRIGHT,

                                Plaintiff - Appellant,

versus

STATE OF ALABAMA DEPARTMENT OF CORRECTIONS,
STATE OF ALABAMA PERSONNEL DEPARTMENT,
JACKIE B. GRAHAM,
in her official capacity as Director of the Alabama Personnel Department,
JEFFERSON S. DUNN,
Commissioner for the State of Alabama Department of Corrections,

                                Defendants - Appellees.

Appeal from the United States District Court
for the Middle District of Alabama

ORDER:

The motion for extension of time to and including September 30, 2021, in which to file the Appellant's brief is GRANTED, with the appendix due seven (7) days from the filing of the brief.

                                /s/ Jill Pryor
                              UNITED STATES CIRCUIT JUDGE